**Order Filed August 9, 2016.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00889-CV

### IN RE JOHN PRICE, Relator

**Original Proceeding from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-15-07681**

## ORDER
Before Justices Francis, Evans, and Stoddart

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of

mandamus. We **ORDER** relator to bear the costs, if any, of this original proceeding.


/s/ DAVID EVANS
JUSTICE